**Appeal Dismissed and Memorandum Opinion filed April 5, 2022.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00006-CV

## IN THE INTEREST OF L.S.S., A/K/A L.S.G., A CHILD

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-00921J**

## MEMORANDUM OPINION

This is an accelerated appeal from a judgment terminating parental rights signed December 15, 2021. The appellate record reflects that on March 2, 2022, the trial court granted appellant's motion for a new trial and accordingly ordered a new trial. This effectively undid the earlier judgment and left nothing for this court to review in the current appeal. *Cf. Wilkins v. Methodist Health Care Sys.*, 160 S.W.3d 559, 563 (Tex. 2005) ("[T]he trial court wiped the slate clean when it granted [the appellant's] motion for new trial; it is as though the court's first order granting summary judgment never existed . . . .").

This court issued a dismissal letter instructing appellant to demonstrate this

court retained jurisdiction over the appeal despite the trial court's grant of a new trial. Appellant filed no response. Therefore, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3.


PER CURIAM


Panel consists of Justices Wise, Poissant, and Wilson.